IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL LANDRETH, | No. 2:20-CV-0472-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| BHUPINDER LEHIL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's first *ex parte* request for an extension of the discovery deadline. ECF No. 24. Under the Court's scheduling order, discovery is due May 13, 2021. ECF No. 21. In relevant part, Plaintiff requests an extension because of significant limitations on access to the law library in the prison where he is housed. ECF No. 24 at 1–2. For good cause shown, the Court will grant an extension of 30 days. Plaintiff is advised that any further motions for extension from Plaintiff will be subject to opposition from Defendants. See L.R. 144(c).

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for discovery is extended by 30 days to June 12, 2021, and the parties may conduct discovery until that date;

2. Motions to compel will be due within 60 days of June 12, 2021; and

3. Dispositive motions will be due within 120 days of June 12, 2021.

Dated: May 6, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE