**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON MICHAEL LANDRETH,<br><br>Plaintiff,<br><br>v.<br><br>BHUPINDER LEHIL, et al.,<br><br>Defendants. | No. 2:20-CV-0472-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

This action currently proceeds on Plaintiff's original complaint against Defendants Lehil, Carrick, Posson, Nguyen, and Ottenbacher. See ECF No. 13 (service order). All Defendants – except Ottenbacher – have appeared in the action. See ECF No. 20 (answer). Service of process upon Defendant Ottenbacher has been returned unexecuted despite all appropriate efforts by the United States Marshal to effect service of process on Plaintiff's behalf pursuant to the Court's order granting Plaintiff in forma pauperis status. See ECF No. 35 (process return declaration).

/ / /

/ / /

/ / /

1

On January 13, 2021, the Court set an initial schedule for this litigation. See ECF No. 21. Defendants sought modification of the scheduling order on July 29, 2021, because Defendant Ottenbacher remained unserved. See ECF No. 29. On July 14, 2021, the Court issued an order granting Defendants' motion and suspending the scheduling order pending service of process on Defendant Ottenbacher. See ECF No. 30. It now appears that absent further information provided by Plaintiff, as explained in the Court's order issued on December 29, 2021, see ECF No. 43, service on Defendant Ottenbacher has not occurred and the Court finds no further reason to delay these proceedings.

Given the procedural history of this case, the Court will by this order reinstate the initial scheduling order and set an amended schedule for this litigation. In doing so and recognizing that significant discovery has already occurred in this case, including the taking of Plaintiff's deposition, the Court nonetheless will allow ample time for any additional discovery practice which may be associated with Plaintiff's pending motion to compel, which will be addressed by separate order.

Accordingly, IT IS HEREBY ORDERED that:

1. The suspension of the July 14, 2021, scheduling order is lifted;

2. Consistent with the provisions of the July 14, 2021, order, the parties may conduct discovery until May 2, 2022; and

3. Dispositive motions shall be filed within 90 days of the discovery cut-off date specified above.

Dated: January 5, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE