IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL LANDRETH, | No. 2:20-CV-0472-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| BHUPINDER LEHIL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 47, for leave to file a first amended complaint. Defendants have not filed an opposition.

Plaintiff seeks leave to amend to include additional allegations and exhibits as to damages. Good cause appearing therefor, and based on Defendants' failure to oppose, which is construed as consent to the relief requested, see Local Rule 230(l), Plaintiff's motion will be granted and Defendants will be directed to file a response to Plaintiff's first amended complaint at ECF No. 48.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend, ECF No. 47, is granted;

2. This action proceeds on Plaintiff's first amended complaint, ECF No. 48, filed on January 10, 2022;

3. Defendants Lehil, Nguyen, Carrick, and Posson, who have answered the original complaint, shall file an answer to Plaintiff's first amended complaint within 30 days of the date of this order; and

4. The modified schedule for this case at ECF No. 46 is suspended.

Dated: March 31, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE