1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRANDON MICHAEL LANDRETH,** | 2:20-cv-00472 DMC (PC) |
| Plaintiff, | **ORDER** |
| **v.** | |
| **B. LEHIL, et al.,** | |
| Defendants. | |

   **GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to file an opposition to Plaintiff's motion to compel (ECF Nos. 81, 82, 83) is granted. The deadline to file an opposition to this motion is extended to August 2, 2022.


   Dated:  July 29, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE