# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL LANDRETH, | No. 2:20-CV-0472-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| BHUPINDER LEHIL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On February 2, 2023, the Court directed the United States Marshal's Service to show cause in writing why appropriate sanctions should not be imposed for failure to comply with the Court's prior order to effect personal service on Defendant Ottenbacher. A review of the docket reflects that Defendant Ottenbacher has since waived personal service upon notification of pendency of this action by the United States Marshal's Service. The issue of service of process on Defendant Ottenbacher having been adequately resolved, the February 2, 2023, order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: March 10, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE