1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10                              SACRAMENTO DIVISION
11

| | |
|---|---|
| **BRANDON MICHAEL LANDRETH,** | 2:20-cv-00472 DMC (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| **B. LEHIL, et al.,** | |
| Defendants. | |

1

The Court has reviewed Defendants' request to file the emails exchanged between Defendant Carrick and Dr. Grace Song, dated February 15, 2022, and a draft memorandum, "Prescription and Issuance of Progressive/Transition Lenses," under seal. Good cause appearing, the emails exchanged between Defendant Carrick and Dr. Grace Song, dated February 15, 2022, and a draft memorandum, "Prescription and Issuance of Progressive/Transition Lenses," will be filed under seal. The Court will review the information *in camera* and the documents will be destroyed or returned to Defendants' counsel at the close of this case.

**IT IS SO ORDERED.**

**Dated:  April 20, 2023**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE