IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRANDON MICHAEL LANDRETH,** | 2:20-cv-00472 DMC P |
| Plaintiff, | **ORDER** |
| v. | |
| **B. LEHIL, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, Defendants' motion to opt out of Early ADR is granted. The stay of this action is lifted and a Discovery and Scheduling Order will issue.

**IT IS SO ORDERED.**

Dated: July 19, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

(PROPOSED) ORDER (2:20-cv-00472 DMC (PC))