IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON MICHAEL LANDRETH,

Plaintiff,

v.

BHUPINDER LEHIL, et al.,

Defendants.

No.  2:20-CV-0472-KJM-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are: (1) Plaintiff's motion to compel, ECF No. 125; and (2) Defendants' motion for in camera review, ECF No. 127.  Both motions relate to the same disputed discovery.

At issue is a May 7, 2019, email from Defendant Dr. Ottenbacher to Dr. Pajong.  A redacted copy of this email has already been provided to Plaintiff.  In the pending motion to compel, Plaintiff contends that he is entitled to an unredacted copy of the email.  Defendants assert the redacted information is not relevant.  Defense counsel indicates in the pending motion for in camera review that, during the course of ongoing meet and confer efforts regarding the current discovery dispute, Plaintiff has agreed that in camera review would be appropriate and helpful to the Court's resolution of the matter.  Finally, the redacted email has been provided to the Court and indicates that the unredacted version would consist of two pages, which would not

1

constitute a burden on the Court's resources.  The unopposed request will be granted.  Upon submission of the unredacted email for in camera review, Plaintiff's motion to compel will stand submitted and be addressed by separate order.

A review of the docket reflects that, pursuant to the Court's July 31, 2023, discovery and scheduling order, discovery closed on March 29, 2024.  See ECF No. 121.  Dispositive motions are due within 120 days of this date.  See id.  The Court will sua sponte vacate the dispositive motion filing deadline pending a ruling on Plaintiff's motion to compel regarding the May 7, 2019, email.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's unopposed motion for in camera review, ECF No. 127, is GRANTED.

2. Defendant shall submit an unredacted copy of the May 7, 2019, email from Defendant Dr. Ottenbacher to Dr. Pajong directly to the undersigned's chambers within seven days of the date of this order.

3. Except as otherwise ordered upon resolution of Plaintiff's pending motion to compel, discovery in this case is closed.

4. The dispositive motion filing deadline is VACATED pending further order of the Court.

Dated:  June 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE