1
2
3
4
5
6
7
8        **IN THE UNITED STATES DISTRICT COURT**
9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11   BRANDON MICHAEL LANDRETH,          No.  2:20-CV-0472-DC-DMC-P
12                  Plaintiff,
13          v.                          ORDER
14   BHUPINDER LEHIL, et al.,
15                  Defendants.
16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Plaintiff has filed a notice of voluntary dismissal.  See ECF No. 141.  Good

19   cause appearing therefor, this action is dismissed without prejudice.  See Fed. R. Civ. P. 41(a)(2).

20   All parties shall bear their own costs and attorney's fees.  The Clerk of the Court is directed to

21   close this file.

22          IT IS SO ORDERED.

23

24   Dated:  February 28, 2025

25                                      _____
                                        DENNIS M. COTA
26                                      UNITED STATES MAGISTRATE JUDGE

27

28

                                      1